### Pete VALENTINE, Appellant, v. UNITED STATES of America.
### No. 10205.

Circuit Court of Appeals, Eighth Circuit.
March 20, 1935.

William P. Welch, of Logan, Iowa, for appellant.

E. G. Moon, U. S. Atty., of Des Moines, Iowa, and C. I. Level, Asst. U. S. Atty., of Denison, Iowa.

PER CURIAM.

Appeal dismissed, on motion of appellee in open court, for want of prosecution.

### Jack WALL v. UNITED STATES of America.
### No. 4714.

Circuit Court of Appeals, Seventh Circuit.
April 9, 1935.

John E. Dougherty, of Peoria, Ill., for appellants.

Frank K. Lemon, of Clinton, Ill., for appellee.

PER CURIAM.

Upon the filing of a consent to dismissal of this appeal by counsel for appellants, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

### J. M. WATERS et al., Guardians, etc., Appellants, v. DISBROW & CO., et al.
### No. 10233.

Circuit Court of Appeals, Eighth Circuit.
Jan. 21, 1935.

Reed A. Flickinger, of Council Bluffs, Iowa, Ernest H. Struve, of Clinton, Iowa, and William J. Hotz, of Omaha, Neb., for appellants.

Harry C. DeLamatre and Winthrop B. Lane, both of Omaha, Neb., for appellees.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion and stipulation of parties.

### Thomas C. WILLIAMS and Anthony Moreno, Appellants, v. UNITED STATES of America, Appellee.
### No. 7831.

Circuit Court of Appeals, Ninth Circuit.
May 23, 1935.

John J. Taaffe and Joseph L. Sweeney, both of San Francisco, Cal., for appellants.

H. H. McPike, U. S. Atty., and Robert B. McMillan, Asst. U. S. Atty., both of San Francisco, Cal., for the United States.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motions of appellants for dismissal of appeals, and good cause therefor appearing, ordered each of appeals in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in above cause issue forthwith.